ADELMAN

STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE

**AT THE UNITED STATES DISTRICT COURT**

**IN AND FOR EASTERN DISTRICT WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2023 MAR 29 A 11: 04

CLERK OF COURT

| | |
|---|---|
| Chaney Sinclair Lockridge<br><br>Man; Plaintiff,<br><br>v.<br><br>STATE OF WISCONSIN<br>(fictitious entity)<br><br>MILWAUKEE COUNTY<br>(fictitious entity)<br><br>John T. Chisholm (private and professional capacity)<br><br>Susan M. Roth (private and professional capacity)<br><br>Jonathan D. Richards (private and professional capacity)<br><br>Defendant(s). | Case No.<br><br>Verified Petition for Removal from the Circuit Court in and for Wisconsin, Milwaukee County<br><br>(verified) HEARING DEMANDED |

**23-C-0405**

## Notice Of Removal To United States District Court

Comes now the alleged Defendant in case no. 2023CM000737, Chaney Sinclair Lockridge and notifies the parties and the Court that This cause has been removed from the Circuit Court of Milwaukee County, Wisconsin to the jurisdiction of the U.S. District Court for the Eastern District of Wisconsin, by stating in support:

1. The notice was filed within the required time period after insufficient service of process by Plaintiffs.
2. Pursuant to 28 U.S.C. 1331, 1343(a), and 1367(a) this Federal District court has subject matter jurisdiction as it regulates the activities – commercial transactions in the territory.
3. The case involves 42 U.S.C. 1983 violations under the 4th and 5th amendments of the Bill of Rights by Public Agents.
4. Plaintiffs alleges the subject property to be "in the state" which is defined at Wis. Stat. § 137.11(14)(14) "State" means a state of the United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, or any territory or insular possession **subject to the jurisdiction of the United States.**

5. The Federal District court has federal question jurisdiction.
6. The subject property in controversy exceeds the minimum amount required to remove the case.
7. It is inconvenient and prejudices the alleged Defendant to be required to litigate this case in a State Court summary proceeding.
8. There have been, and continue to be, violations against the civil and constitutional rights of these undersigned Defendant(s) in this cause, and which have not been duly protected.
9. Accordingly, and commensurate with certain issues within these state proceedings also giving independent rise to federal subject-matter jurisdiction, this cause has now been removed to the United States District Court in and for Eastern District Wisconsin.
10. As the Court and all parties can clearly confirm, the attached Civil Cover Sheet regarding Removal from State Court that was filed in said federal court on March 28, 2023.
11. The parties and this Court are hereby given formal **notice** that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, *automatically* **divests** this Court of **any and all** further authority and jurisdiction over these proceedings - **bar none** (see 28 USC § 1446 (d)) - and, *therefore*, there will be **NO** more hearings, orders, or any other proceedings held, made, or done within this state cause until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

Wherefore alleged Defendant Chaney Sinclair Lockridge notices this Milwaukee Court of the removal of this case to the U.S. District Court for the Eastern District of Wisconsin and taking such other and further actions as may be necessary pursuant to the federal rules to complete the removal.

Respectfully Submitted this 29th day of ____March____ year of our Creator 2023

_By: Chaney Sinclair Lockridge 29, March 2023_